## MOSLEY v STATE

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 9, 1934

A. Lee Beaty, Cincinnati, E. G. Schuessler, Cincinnati, and Max Friedman, Cincinnati, for plaintiff in error.

Louis J. Schneider, Prosecuting Attorney, Cincinnati, Dudley M. Outcalt, Cincinnati, and Carson Hoy, Cincinnati, for defendant in error.

For full opinion see 2 OO 130; 194 NE 613; 48 Oh Ap 554.